Karen L. O'Connor, OSB No. 953710
karen.oconnor@stoel.com
John B. Dudrey, OSB No. 083085
john.dudrey@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97204-2584
Telephone:  503.224.3380
Facsimile:  503.220.2480

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ANDREW HASTINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLAMETTE COMMUNITY HEALTH SOLUTIONS, an Oregon public benefit corporation,<br><br>　　　　　Defendant. | Case No.: 6:19-cv-00711-MK<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY OR RIGHT OF APPEAL** |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page  1  -  **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY OR RIGHT OF APPEAL**

Pursuant to FRCP 41(a)(1), Plaintiff and Defendant, by and through their counsel of record, hereby stipulate that this action and all claims and counterclaims herein shall be dismissed with prejudice and without attorney fees or costs to any party and without any right of appeal.

So stipulated this 23rd day of July, 2020:

| STOEL RIVES, LLP | LEIMAN & JOHNSON, LLC |
|---|---|
| *s/ John B. Dudrey* | *s/ Alan J. Leiman* |
| Karen L. O'Connor, OSB No. 953710 | Alan J. Leiman, OSB No. 987046 |
| karen.oconnor@stoel.com | alan@leimanlaw.com |
| John B. Dudrey, OSB No. 083085 | Drew G. Johnson, OSB No. 114289 |
| john.dudrey@stoel.com | drew@leimanlaw.com |
| Attorneys for Defendant | Attorneys for Plaintiff |