IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANDREW HASTINGS,<br><br>                              Plaintiff,<br><br>V.<br><br>WILLAMETTE COMMUNITY HEALTH SOLUTIONS,<br><br>                              Defendant. | 6:19-cv-00711-MK<br><br>JUDGMENT |

As per the Stipulated Notice of Voluntary Dismissal (ECF No. 27), pursuant to Fed. R. Civ. P. 41(a)(1) this action and all claims and counterclaims are dismissed with prejudice and without costs or attorney's fees to any party, and without any right of appeal.

Dated this 24th day of July 2020.

>                                        MARY M. MORAN
>                                        Clerk of Court
>                                        United States District Court
>
>                                        By
>                                        s/ J. Klein
>                                        Deputy Clerk